**Kevin LACY, Petitioner**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2014–3163.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

Thomas J. Gagliardo, The Gagliardo Law Firm, Baltimore, MD, argued for petitioner.

Sonia Marie Orfield, Commercial Litigation Branch, Civil Branch, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Reginald T. Blades, Jr.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**